**Order entered July 24, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01033-CV

**DEMETRA JEFFERSON WYSINGER FOR AND AS POA FOR DEMONDRIA JEFFERSON, TYSWAYLA MITCHELL, PRINCE LOUIS WYSINGER AND MINOR CHILDREN, Appellant**

**V.**

**GEICO COUNTY MUTUAL INSURANCE, FARMERS INSURANCE, AND RON MONTGOMERY MOTORS, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

## ORDER

Before the Court is appellant's July 23, 2018 motion for an additional extension of time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 22, 2018.

/s/     DAVID EVANS
        JUSTICE